THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jayson Ratigan, Appellant.
 
 
 

Appeal From Lancaster County
 Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No. 2009-UP-149
 Submitted March 2, 2009  Filed March 30,
2009    

REVERSED and REMANDED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Harold M. Coombs, Jr. all of Columbia; and Solicitor
 Douglas A. Barfield, of Lancaster, for Respondent.
 
 
 

PER CURIAM:  Jayson Ratigan appeals his conviction for
 carrying a weapon on school property, arguing the trial court erred in failing
 to obtain a valid waiver of his right to counsel.  We reverse and remand pursuant to Rule
 220(b), SCACR, and the following authority:  Gardner v. State, 351 S.C.
 407, 411-13, 570 S.E.2d 184, 186-87 (2002) (holding no valid waiver of counsel
 exists when the trial court fails to warn of the dangers and disadvantages of self
 representation, and the record does not indicate the accused was advised of his
 rights from some other source or had sufficient background to intelligently
 waive his right to counsel).

REVERSED
 and REMANDED.[1]
HEARN,
C.J., PIEPER and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.